IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERRELL MARTIN et al,

    Plaintiffs,

v.

LEVYLAW, LLC et al,

    Defendants.

CIVIL ACTION
NO. 17-1139

FILED
AUG - 6 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 6th day of August 2018, upon consideration of Plaintiffs' Motion to Exclude the Testimony of David Denenberg (Doc. No. 44), Defendant's Response in Opposition (Doc. No. 47), and arguments made by counsel at the telephone conference on this Motion held on July 24, 2018, it is **ORDERED** that Plaintiffs' Motion to Exclude the Testimony of David Denenberg (Doc. No. 44) is **DENIED WITHOUT PREJUDICE** for reasons stated on the record at the hearing.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.

1