# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

GERRELL MARTIN and CURTIS SAMPSON,

    Plaintiffs,

vs.

LEVYLAW, LLC and BART E. LEVY,

    Defendants.

CIVIL ACTION

No.: 17-1139

**FILED**
**AUG - 6 2018**
KATE BARKMAN, Clerk
By_____Dep. Clerk

## JHS
## [PROPOSED] AMENDED SCHEDULING ORDER

AND NOW, this 6th day of August, 2018, upon consideration of the parties' joint request as submitted in a letter dated August 3, 2018 received by Chambers from Plaintiffs' counsel, it is **ORDERED** as follows:

1. Prior to the final pretrial conference, counsel shall confer on proposed voir dire questions and, if possible, agree on proposed voir dire questions. Unless the parties agree otherwise, they shall submit to the Court their final voir dire questions no later than **October 17, 2018**.

2. No later than **October 17, 2018**, the parties shall file joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party also shall file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission. Jury instructions shall be submitted each on a separate sheet of paper, double spaced, with accurate quotes from and citations to cases and pattern jury instructions where appropriate. Jury instructions shall also be sent to Chambers on the date of filing referred in this paragraph on a disc in .doc (Word) format.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.