IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GERRELL MARTIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LEVYLAW, LLC et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 17-1139 |

## ORDER

**AND NOW**, this 1st day of November, 2018, upon consideration of Plaintiffs' Motion in Limine to Exclude Evidence of Mistake of Law and Industry Practices for Defendants' Liability (Doc. No. 50), and Defendants' Response in Opposition (Doc. No. 54), it is **ORDERED** that Plaintiffs' Motion (Doc. No. 50) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.